UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDMUND GITTENS,

                            Plaintiff,          **NOTICE OF MOTION TO DISMISS**

         -against-

THE CITY OF NEW YORK, et. al.,

                                              **10 CV 8502 (PAC)**

                            Defendants.

------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that upon the Declaration of Mark D. Zuckerman dated March 1, 2011 and the exhibits annexed thereto; and defendant's Memorandum of Law dated March 1, 2011; and upon all prior pleadings and proceedings had herein, defendant City of New York will move this Court, before the Honorable Paul A. Crotty, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss plaintiff's complaint and for such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that, plaintiff is to serve his opposition papers on the undersigned on or before April 4, 2011;  and

**PLEASE TAKE FURTHER NOTICE** that defendants are to serve their Reply papers on or before April 11, 2011.

Dated:  New York, New York
        March 1, 2011

                        MICHAEL CARDOZO
                        Corporation Counsel of the
                          City of New York
                        Attorney for Defendant City of New York
                        100 Church Street, Room 3-211
                        New York, New York  10007
                        (212) 442-8248

By:     /s/
        Mark D. Zuckerman
        Senior Counsel