UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDMUND GITTENS,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, et. al,

                                       Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF MARK D. ZUCKERMAN**

**10-CV-8502 (PAC)**

      **MARK D. ZUCKERMAN,** an attorney duly admitted to practice in the State of New York and the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

      1.    I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.  As such, I am familiar with the facts stated below and submit this declaration to place the relevant information and documents[1] on the record in support of defendant City's motion to dismiss.

      2.    Annexed hereto as Exhibit A is plaintiff's Complaint in <u>Gittens v. City of New York, et. al.</u>, 09 Civ. 9805 (LTS)(KNF).

      3.    Annexed hereto as Exhibit B is the parties' Stipulation of Settlement and Order of Dismissal in <u>Gittens v. City of New York, et. al.</u>, 09 Civ. 9805 (LTS)(KNF).

---

[1] At the pre-motion conference, the Court indicated it would take judicial notice of the documents referenced herein.

      4.      Annexed hereto as Exhibit C is the General Release executed by Edmund Gittens in <u>Gittens v. City of New York, et. al.</u>, 09 Civ. 9805 (LTS)(KNF).

Dated:  New York, New York
         March 1, 2011

                                      _____/s/_____
                                      Mark D. Zuckerman