UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

EDMUND GITTENS,

                                               Plaintiff,      **DECLARATION OF**
                                                                   **DAVID M. HAZAN, ESQ.**

      -against-

                                                                     10 CV 8502 (PAC)

THE CITY OF NEW YORK and POLICE OFFICERS
JOHN DOES 1-2 (names and number of whom are
unknown at present), and other unidentified members of the
New York City Police Department),

                                                        Defendants.

------------------------------------------------------------------------- x

        **DAVID M. HAZAN, ESQ.** an attorney duly admitted to practice in the State of New York and the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statement is true and correct:

        1. I am one of the attorneys representing the plaintiff in the above referenced case. As such, I am familiar with the facts and circumstances of this action. I make this declaration in opposition to defendant City of New York's motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

        2. In support of his opposition, plaintiff submits the exhibits described below:

        3. Annexed hereto as Exhibit "1" is a copy of plaintiff's Complaint in <u>Gittens v. City of New York, et al.</u>, 09 Civ. 9805 (LTS) (KNF).

        4. Annexed hereto as Exhibit "2" is a copy of plaintiff's Complaint in the action <u>Gittens v. City of New York et al.</u>, 10 Civ. 8502 (PAC).

5. Annexed hereto as Exhibit "3" is a copy of the Stipulation of Settlement and Order of Dismissal in the action <u>Gittens v. City of New York, et al.</u>, 09 Civ. 9805 (LTS) (KNF).

6. Annexed hereto as Exhibit "4" is the General Release executed by plaintiff in <u>Gittens v. City of New York, et al.</u>, 09 Civ. 9805 (LTS) (KNF).

Dated:   New York, New York
         March 31, 2011

JACOBS & HAZAN, LLP
*Attorneys for Plaintiff*
22 Cortlandt Street, 16th Floor
New York, New York 10007
(212) 419-0363

By: *[signature]*
    DAVID M. HAZAN, ESQ.

TO:   **BY ECF AND MAIL**
      Mark D. Zuckerman, Esq.
      New York City Law Department
      Attorney for Defendant City of New York
      100 Church Street
      New York, New York  10007

Index No. 10 CV 8502 (PAC)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| EDMUND GITTENS,<br><br>                                                   Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK and POLICE OFFICERS JOHN DOES 1-2 (names and number of whom are unknown at present), and other unidentified members of the New York City Police Department),<br><br>                                                 Defendants. |
| **DECLARATION OF DAVID M. HAZAN, ESQ.** |
| *JACOBS & HAZAN, LLP*<br>*Attorneys for Plaintiff*<br>*22 Cortlandt Street, 16th Floor*<br>*New York, New York 10007*<br>*Tel: (212) 419-0363* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.………………………………, 2011*<br><br>*………………………………………………… Esq.*<br><br>*Attorney for………………………………………* |