UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDMUND GITTENS,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et. al,

                             Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF MARK D. ZUCKERMAN**

**10-CV-8502 (PAC)**

      **MARK D. ZUCKERMAN,** an attorney duly admitted to practice in the State of New York and the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

      1.     I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.  As such, I am familiar with the facts stated below and submit this declaration to place the relevant information and documents on the record in further support of defendant City's motion to dismiss.

      2.     Annexed hereto as Exhibit A is a complaint filed by the law firm of Jacobs and Hazan in <u>David Williams v. City of New York, et. al.</u>, 10 CV 9594 (SDNY)(CM).

Dated:  New York, New York
         April 11, 2011

                                                      _____/s/_____
                                                      Mark D. Zuckerman