UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

EDMUND GITTENS,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK AND POLICE OFFICERS
JOHN DOES 1-2 (NAMES AND NUMBER OF WHOM
ARE UNKNOWN AT PRESENT, AND OTHER
UNIDENTIFIED MEMBERS OF THE NEW YORK
CITY POLICE DEPARTMENT),

                              Defendants.
------------------------------------------------------------------------X

**NOTICE OF MOTION**

10 Civ. 8502 (PAC)

      **PLEASE TAKE NOTICE** that; the accompanying Memorandum of Law in Support of Plaintiff's Motion for Reconsideration Pursuant to Local Rule 6.3, dated May 20, 2011; and all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable Paul A. Crotty, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order, pursuant to Local Civil Rule 6.3 and Rule 12(b)(6) of the Federal Rules of Civil Procedure, denying Defendant City of New York's Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served on or before June 3, 2011.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served on or before June 10, 2011.

Dated:  New York, New York
May 20, 2011

By: *David H* [signature]
STUART E. JACOBS
DAVID M. HAZAN
JACOBS & HAZAN, LLP
Attorney for Plaintiff
22 Cortlandt Street, 16th Floor
New York, NY 10007
(212) 419-0363

TO: Mark Zuckerman, Esq. (Via First Class Mail and ECF)
New York City Law Department
100 Church Street, 4th Floor
New York, New York 10007

CC: Honorable Paul A. Crotty (Via First Class Mail and ECF)
United States District Judge, SDNY
United States District Court
500 Pearl Street
New York, New York 10007-1312

Docket No. 10 Civ. 8502 (PAC)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| EDMUND GITTENS,<br><br>                                                                Plaintiff,<br>-against-<br><br>THE CITY OF NEW YORK AND POLICE OFFICERS JOHN DOES 1-2 (NAMES AND NUMBER OF WHOM ARE UNKNOWN AT PRESENT, AND OTHER UNIDENTIFIED MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT),<br><br>                                                                Defendants. |
| **NOTICE OF MOTION IN SUPPORT OF PLAINTIFFS MOTION FOR RECONSIDERATION PURSUANT TO LOCAL RULE 6.3** |
| *Jacobs & Hazan, LLP*<br>*Attorneys for Plaintiffs*<br>*22 Cortlandt Street, 16th Floor*<br>*New York, N.Y. 10007*<br><br>*Of Counsel: David M. Hazan*<br>*Tel: (212) 419-0363*<br>*NYCLIS No.* |
| Due and timely service is hereby admitted.<br><br>*New York, N.Y.* ............................................., *2011.*<br><br>........................................................................ *Esq.*<br><br>*Attorney for* ................................................................ |